John B. Mays and Christine B. Mays, his wife, Appellants, vs. John Finlayson, Appellee.

Appeal from Circuit Court, Madison county; John F. White, Judge.

Angus Paterson, for Appellants.

T. L. Clarke, for Appellee.

The bill in this cause was filed by John E. Beattie and Mary C. Beattie against the appellants. Pending

proceedings in the Circuit Court the interest of John E. Beattie and Mary C. Beattie was transferred to John Finlayson and the cause proceeded in the name of John Finlayson as complainant, and John B. Mays and Christine B. Mays, defendants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.